**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 10-80385-CIV-ZLOCH/GOODMAN

RANDAL A. FERGUSON,

    Plaintiff,
v.

SGT. FRANK DESTEFANO, *et al.*,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S PETITION FOR SPECIAL CONDITIONS

This cause is before me on the Petition of Plaintiff, Randal A. Ferguson ("Ferguson"), for Special Conditions. (9/14/10, DE# 48.) In his petition, Ferguson asks that the Court remain cognizant of, and take into account, his incarcerated status during the pendency of his lawsuit. (*Id.*) Moreover, Ferguson also requests that case move forward "with special conditions according to Fed. R. Civil Procedure given to Plaintiff's who are incarcerated." (*Id.*)

It is well established Eleventh Circuit law that courts must apply a less exacting standard to *pro se* filings. *See S.E.C. v. Elliot*, 953 F.2d 1560, 1582 (11th Cir. 1992) (directing courts to "provide *pro se* parties wide latitude when construing their pleadings and papers" and to "use common sense to determine what relief the party desires"). Consequently, Ferguson's motion is granted to the extent that the Court will construe his submissions in conformity with applicable law in an effort to determine what relief he desires.

Despite giving a flexible reading to Ferguson's petition, the Court is unable to discern what specific additional relief, if any, Ferguson intended to request by asking for "special conditions." Consequently, the Court also grants Ferguson leave to file an additional motion specifying precisely what other relief he seeks, if any, and the grounds on which he bases his request. If Ferguson's petition is designed to solely confirm that his filings will be evaluated

under the appropriate standard for *pro se* filings, then he shall so state in his additional motion (should he choose to file one).

It is thereby ORDERED and ADJUDGED that:

(1) Ferguson's motion is granted to the extent that the Court will remain aware of his incarcerated, *pro se* status and will appropriately construe his pleadings and papers.

(2) Ferguson is granted leave to file an additional motion requesting other specific relief relating to his incarcerated, *pro se* status. Ferguson is cautioned that in order to receive such relief, he must specifically identify the precise relief he seeks and the grounds on which he bases his request.

(3) Ferguson's motion is denied in all other respects.

DONE and ORDERED, in Chambers, in Miami, Florida, this 20th day of September, 2010.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable William J. Zloch
All counsel of record