UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-80385-CIV-ZLOCH

RANDAL A. FERGUSON,

    Plaintiff,

vs.                                             **O R D E R**

SGT. FRANK DESTEFANO and THE
CITY OF WEST PALM BEACH,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 34) filed herein by United States Magistrate Judge Jonathan Goodman, upon Plaintiff Randal A. Ferguson's Amended Motion For Summary Judgment (DE 24), and upon Defendant Frank DiStefano's Motion To Strike Plaintiff's Amended Motion For Summary Judgment (DE 31). No objections to said Report have been filed. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 34) filed herein by United States Magistrate Judge Jonathan Goodman be and the same is hereby approved, adopted and ratified by the Court;

    2. Plaintiff's Amended Motion For Summary Judgment (DE 24) be and the same is hereby **DENIED** without prejudice as premature;

    3. Plaintiff is instructed that should he wish to file a new motion for summary judgment, he must wait to file said motion until the record is more fully developed but in any case no later than sixty days prior to the pre-trial conference on July 15, 2011

pursuant to the Court's Order For Pre-Trial Conference (DE 39);

4. Plaintiff is further instructed, pursuant to Local Rule 7.5(c), that should he file a new motion for summary judgment, he should support his conclusions with evidence, such as specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court; and

4. Defendant DiStefano's Motion To Strike Plaintiff's Amended Motion For Summary Judgment (DE 31) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Jonathan Goodman
United States Magistrate Judge

All Counsel of Record

Randal A. Ferguson, pro se
0108919
P.O. Box 24716
West Palm Beach, Fl 33416